IN THE UNITED STATES DISTRICT COURT
FOR THE EASTREN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DENNIS A. THROM, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>v.<br><br>GMAC MORTGAGE, LLC,<br><br>     Defendant. | Case No. 2:11-cv-6813 |

**PLAINTIFFS' INDEX OF EVIDENCE IN OPPOSITION TO THE
MOTION TO MOTION TO DISMISS OF DEFENDANT GMAC MORTGAGE, LLC**

  1.  Exhibit 1 is a true and correct copy of *Big Banks Face Inquiry Over Home Insurance*, New York Times (Jan. 10, 2012).

  2.  Exhibit 2 is a true and correct copy of *Forced Insurance Adds to Home Woes: Hidden Practice of Imposing Coverage Adds Burden to Those at Risk of Foreclosure*, San Diego Union-Tribune (Aug. 21, 2011).

  3.  Exhibit 3 is a true and correct copy of *Lawsuit Blasts Pennsylvania Flood Policies*, Pittsburgh Tribune-Review (Apr. 9, 2011).

  4.  Exhibit 4 is a true and correct copy of *Insurance Dictated by the Bank*, New York Times (Mar. 26, 2011)

  5.  Exhibit 5 is a true and correct copy of *With Kickbacks on Forced Placed Insurance, the U.S. Mortgagegate Scandal Just Gets Deeper*, Money Morning (Nov. 11, 2010)

  6.  Exhibit 6 is a true and correct copy of *Ties to Insurers Could Land Mortgage Servicers in More Trouble*, American Banker, (Nov. 9, 2010).

  7.  Exhibit 7 is a true and correct copy of *Cape Coral Man Sued Bank, Won; They're Back for More*, The News-Press (Fort Myers, FL) (Oct. 8, 2009).

  8.  Exhibit 8 is a true and correct copy of *GMAC Halts Foreclosures in 23 States for Review*, New York Times (Sept. 20, 2010).

9. Exhibit 9 is a true and correct copy of *Ally Financial Legal Issue with Foreclosures may Affect other Mortgage Companies*, Washington Post (Sept. 22, 2010).

10. Exhibit 10 is a true and correct copy of *GMAC Spotlight on "Robo-Signer"*, Wall St. Journal, (Sept. 22, 2010).

11. Exhibit 11 is a true and correct copy of Plaintiff's documents related to the summary administration of his mother's estate including:

- Order of Summary Administration (intestate)
- Petition to Determine Exempt Property
- Order Determining Homestead Status of Real Property (Intestate – lineal descendant, no spouse – exempt from claims).
- Petition for Summary Administration (intestate)

12. Exhibit 12 is a true and correct copy of Eggert, Kurt, *Limiting Abuse and Opportunism by Mortgage Services*, 2004 Housing Policy Debate Vol. 15 Issue 3.

Dated: February 3, 2012                           Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　 /s/ Shanon J. Carson_____
　　　　　　　　　　　　　　　　　　　　　　Eric L. Cramer, Atty ID # 69289
　　　　　　　　　　　　　　　　　　　　　　Shanon J. Carson, Atty ID # 85957
　　　　　　　　　　　　　　　　　　　　　　Patrick F. Madden, Atty ID # 309991
　　　　　　　　　　　　　　　　　　　　　　BERGER & MONTAGUE, P.C.
　　　　　　　　　　　　　　　　　　　　　　1622 Locust Street
　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19103
　　　　　　　　　　　　　　　　　　　　　　Telephone: (215) 875-4656
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (215) 875-4604

　　　　　　　　　　　　　　　　　　　　　　Brett Cebulash
　　　　　　　　　　　　　　　　　　　　　　Kevin S. Landau
　　　　　　　　　　　　　　　　　　　　　　TAUS, CEBULASH & LANDAU, LLP
　　　　　　　　　　　　　　　　　　　　　　80 Maiden Lane, Suite 1204
　　　　　　　　　　　　　　　　　　　　　　New York, NY 10038
　　　　　　　　　　　　　　　　　　　　　　Telephone: (212) 931-0704
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 931-0703

Kendall S. Zylstra
FARUQI & FARUQI, LLP
101 Greenwood Avenue
Suite 600
Jenkintown, PA  19046
Telephone: (215) 277-5770
Facsimile: (215) 277-5771

David M. Taus
DEVERO TAUS LLC
211 Somerville Road, Suite B
Bedminster, New Jersey 07921
Telephone:  (908) 375-8142
Facsimile:  (908) 375-8151

Brent Walker
CARTER WALKER PLLC
2171 West Main Street, Suite 200
Cabot, AR 72023
Telephone: (501) 605-1346
Facsimile: (501) 605-1348

Steven A. Owings
OWINGS LAW FIRM
1400 Brookwood
Little Rock, AR 72202
Telephone:  (501) 661-9999
Facsimile: (501) 661-8393

*Attorneys for Plaintiff Dennis A. Throm*