EXHIBIT K

FLCT

| FEDERAL EMERGENCY MANAGEMENT AGENCY<br>STANDARD FLOOD HAZARD DETERMINATION | | See The Attached<br>Instructions | O.M.B. No. 3067 0264<br>Expires April 30, 1996 |
|---|---|---|---|

**SECTION I - LOAN INFORMATION**

| 1. LENDER NAME AND ADDRESS | 2. COLLATERAL *(Building/Mobile Home/Personal Property)*   PROPERTY ADDRESS<br>*(Legal Description may be attached)* |
|---|---|
| FLAGSHIP CAPITAL<br>28051 US HIGH 19 N STE. E<br><br>CLEARWATER          FL   34621 | **CERTIFIED ADDRESS:**<br>139 KILDARE DR<br>SEBASTIAN, FL 32958-5211<br>PARCEL ID:   DONE TO SITE ADDRESS<br>**MATCHING ORIGINALLY SUBMITTED (OR AKA) ADDRESS:**<br>139 KILDARE DRIVE<br>SEBASTIAN, FL 32958<br>PARCEL ID:   31-39-18-00003-5590-00014.0 |

| 3. LENDER ID. NO. | 4. LOAN IDENTIFIER<br>SUBPRIME | 5. AMOUNT OF FLOOD INSURANCE REQUIRED<br>$ |
|---|---|---|

**SECTION II**

**A.  NATIONAL FLOOD INSURANCE PROGRAM (NFIP) COMMUNITY JURISDICTION**

| NFIP Community<br>Name | County(ies) | State | NFIP Community<br>Number |
|---|---|---|---|
| SEBASTIAN, CITY/INDIAN RIVER COUNTY | INDIAN RIVER | FL | 120123 |

**B.  NATIONAL FLOOD INSURANCE PROGRAM (NFIP) DATA AFFECTING BUILDING/MOBILE HOME**

| NFIP Map Number or Community-Panel Number<br>(Community name, if not the same as "A") | NFIP Map Panel Effective/<br>Revised Date | LOMA/LOMR | | Flood Zone | No NFIP<br>Map |
|---|---|---|---|---|---|
| 120123 0079 F | 07/02/92 | Yes | Date | A | |

**C.  FEDERAL FLOOD INSURANCE AVAILABILITY**    *(Check all that apply)*

[X] Federal Flood Insurance is available  *(community participates in NFIP).* [X] Regular Program since 04/15/80 ☐ Emergency Program of NFIP

☐ Federal Flood Insurance is not available because community is not participating in the NFIP

☐ Building/Mobile Home is in a Coastal Barrier Resources Area (CBRA). Federal Flood Insurance may not be available.
CBRA designation date :

**D.  DETERMINATION**

**IS BUILDING/MOBILE HOME IN SPECIAL FLOOD HAZARD AREA
(ZONED BEGINNING WITH LETTERS "A" OR "V")?**   [X] YES    ☐ NO

If yes, flood insurance is required by the Flood Disaster Protection Act of 1973.
If no, flood insurance is not required by the Flood Disaster Protection Act of 1973.

**E.  COMMENTS**  *(Optional): Note: Any Data preceded by @ has been modified from your original request.*
Certify To :       REPUBLIC BANK DBA FLAGSHIP CAPITAL

| | | | |
|---|---|---|---|
| | | LIFE OF LOAN CERTIFICATION<br>TRANSFERABLE | |
| Attention : | LINDA DALY | Subdivision Name :   SEBASTIAN HIGHLANDS | |
| Department : | FLAGSHIP CAP WHLSLE | Condo Unit Number : | |
| Floor : | 4TH | Filed Plat Number : | |
| Borrowers Name : | THROM, VERON H & AGNES | Section : | Ward : |
| File Reference : | 31-39-18 | Block :   559 | |
| Census Tract : | FIPS ST:   CNTY:   MSA:   CEN: | Lot :   14 | |
| Loan Comments : | | Township :   Range :   Section : | |
| Property Comments : | | Tract :   CENSUS 508.03 | |

This determination is based on examining the NFIP map, any Federal Emergency Management Agency revisions to it, and any other
information needed to locate the building/mobile home on the NFIP map.

**F.  PREPARER'S INFORMATION**

| NAME, ADDRESS, TELEPHONE NUMBER *(if other than Lender)*<br><br>*Transamerica Flood Hazard Certification*<br>*P.O. Box 607*<br>*Elmwood Park, NJ 07407-0607*<br>*Customer Service : (800)247-3384, FloodFax : (800)553-3424* | DATE OF DETERMINATION<br>*10/30/97*<br>TFHC CUSTOMER ID<br>*36470*<br>TFHC CERTIFICATION NUMBER<br>*19971030SE0226* |
|---|---|

FEMA Form 81-93, JUN 95                    COPYRIGHT 1997 TRANSAMERICA FLOOD HAZARD CERTIFICATION