1622 L̲ocust S̲treet   |   P̲hiladelphia, PA  19103-6305   |   P̲hone: 215/875-3000   |   F̲ax: 215/875-4604   |   www.bergermontague.com



|  | Shanon J. Carson |
|---|---|
| WRITER'S DIRECT DIAL | 215/875-4656 |
| WRITER'S DIRECT FAX | 215/875-4604 |
| WRITER'S DIRECT E-MAIL | scarson@bm.net |

October 16, 2013

**VIA ECF**

The Honorable Stewart Dalzell
UNITED STATES DISTRICT COURT
Eastern District of Pennsylvania
15013 United States Courthouse
Independence Mall West
Philadelphia, PA 19106-1705

      Re:   *Cronk v. GMAC Mortgage, LLC*, No. 2:11-cv-5161 (E.D. Pa.)
            *Throm v. GMAC Mortgage, LLC*, No.: 2:11-cv-6813 (E.D. Pa.)

Dear Judge Dalzell:

      The parties write jointly in response to the Court's correspondence in the above-referenced matters, requesting a status report and also any recommendations for what future action is appropriate. As the Court is aware, this matter is stayed as a result of the GMAC bankruptcy proceedings. In connection with those proceedings, the parties have met and conferred and have now agreed to a settlement in principle for resolving the individual claims of the named plaintiffs in the above-referenced actions. It is anticipated that the settlements need to be approved by the bankruptcy court. The parties are in the process of finalizing the settlement agreements and upon their execution, it is anticipated that the above-referenced actions will be voluntarily dismissed by stipulation.

      If the Court has any further questions, please let us know.

                                                              Sincerely,

                                                              /s Shanon J. Carson
                                                              Shanon J. Carson
                                                               *Plaintiffs' Counsel*

SJC/mp